AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Kentucky

Eastern District of Kentucky
**FILED**
MAR 11 2016
AT PIKEVILLE
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

| Citizens National Bank of Paintsville | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 7:12-cv-102-KKC |
| MCNB Bank and Trust Company | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: The Plaintiff, Citizens National Bank of Paintsville, recover from the defendant, MCNB Bank and Trust Company the amount of $1,412,650.64, at the legal rate of interest in effect as of the date of this judgment, compounded daily and annually, until paid in full.

This action was *(check one)*:

☑ tried by a jury with Judge Hon. Karen K. Caldwell, Chief Judge presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:  March 11, 2016

*Robert R. Carr,*
*CLERK OF COURT*

By: *Mary Jane Younce, Deputy Clerk*
Signature of Clerk or Deputy Clerk